# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Video Jet Technologies Inc | 1/13/2023 | Wire | $ 17,501.82 |
| Akorn Operating Company, LLC | Video Jet Technologies Inc | 2/1/2023 | Wire | $ 6,816.74 |
| Akorn Operating Company, LLC | Video Jet Technologies Inc | 2/14/2023 | Wire | $ 8,750.91 |
| | | | | $ 33,069.47 |